## UNITED STATES V. DIAMOND BRITO

## Criminal No. 16-10328-IT

## GEOGRAPHIC RESTRICTION

While on Supervised Release, DIAMOND BRITO will be precluded from entering the area of the Orchard Park Housing Development as depicted in the shaded pink on the map set out below without the express permission of his Probation Officer. This exclusion is subject to modification by the Court upon motion.

