# *<u>ASSOCIATIONAL RESTRICTION</u>*

During the period of Supervised Release, defendant DIAMOND BRITO is prohibited from contacting or being in the company of the following individuals without the express permission of his Probation Officer:

JAYLIN HAWKINS
MICHAEL GOLDSMITH
DASHAWN MATTHEWS
SHAQUI BIZZLE
JAMES SANDERS
JEREMIAH MINES
DELROY BECKFORD
CHRISTOPHER DEJARNETTE
ANDRE PARHAM RANKIN
RAUL WILLIAMS